# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

   v.                                       :          3:03-CR-0045

**LEO SMITH, III,**                        :          (JUDGE MANNION)

   **Defendant**                            :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** defendant Smith's motions for reduction of sentence under §404 of the FSA, (Docs. 464 & 471), are **DENIED**; and

**(2)** defendant Smith's sentence of 240 months imprisonment remains in effect.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 20, 2019**

03-0045-02-ORDER.wpd